UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>WASHINGTON STATE NURSING COMMISSION et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:23-cv-05762-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Presently before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge David W. Christel. (Dkt. No. 3.)

Judge Christel recommends Plaintiff's motion to proceed *in forma pauperis* be denied and this case dismissed with prejudice. Plaintiff filed an objection to the R&R, but failed to articulate a legal or factual basis calling into question the analysis contained in the R&R. (*See* Dkt. No. 4.)

The Court, after *de novo* review of the record, and having reviewed the R&R and Plaintiff's objection, hereby finds and ORDERS:

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1) The Court ADOPTS the Report and Recommendation (Dkt. No. 3.).

2) Plaintiff's application to proceed *in forma pauperis* is DENIED and Plaintiff's claims are DISMISSED without prejudice.

3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 17th day of October, 2023.

David G. Estudillo
United States District Judge